**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01406-LTB

CHAD ANGLE,

     Plaintiff,

v.

MICHAEL T. THAN,
STATE OF COLORADO,
COUNTY OF DENVER,
CITY OF DENVER,
DENVER COUNTY SHERIFF,
DEPUTY TILLMAN,
DEPUTY SIMS, and
DEPUTY JOHN DOE #1 and #2,

     Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     On October 16, 2014, Plaintiff filed a Motion for Production of Electronic Filing Receipts, ECF No. 16. The Motion is granted. The Clerk of the Court is directed to send to Plaintiff the notice of electronic filings for ECF Nos. 1, 3, 5, 7, 10, and 14. The Clerk of the Court also is directed to send to Plaintiff a copy of the Docket in this case.

Dated: October 17, 2014